# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TARA N. SHEPHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:17-cv-00662-RGJ |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Tara N. Shepherd, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.


/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff, Tara Shepherd*


/s/ *Margaret Jane Brannon (with permission)*
Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507
859-255-9500
Fax: 859-288-2849
Email: mjbrannon@jacksonkelly.com
*Attorney for Defendant, Experian*

*/s/ Dusting M. Koenig* (with permission)
Dustin M. Koenig
Jones Day - Columbus
325 John H. Mcconnell Blvd., Suite 600
Columbus, OH 43215
614-281-3972
Fax: 614- 461-4198
Email: dkoenig@jonesday.com
*Attorney for Defendant, Experian*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 6th day of August, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

              */s/ David W. Hemminger*
              David W. Hemminger